United States District Court
Southern District of Texas
ENTERED

JUL 10 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 09 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| TOMAS CELIS OCHOA § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-044 |
| § | |
| GEORGE E. KILLINGER, WARDEN § | |
| AND THE IMMIGRATION AND § | |
| NATURALIZATION SERVICE § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of June 17, 1998 should be **ADOPTED**.

DONE in Brownsville, Texas, on this 9 day of July 1998.

_____
Hilda G. Tagle
United States District Judge