Case 1:97-cv-00044   Document 7   Filed in TXSD on 07/09/1998   Page 1 of 1

United States District Court
Southern District of Texas
ENTERED
JUL 10 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED
JUL 09 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| TOMAS CELIS OCHOA ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | B-97-44 |
| GEORGE E. KILLINGER, Warden ) | |
| and the IMMIGRATION ) | |
| AND NATURALIZATION SERVICE, ) | |
| ) | |
| Respondents ) | |

**ORDER OF DISMISSAL**

CAME ON to be considered, the arguments of Petitioner and Respondent herein presented, and the Court having been fully advised, hereby finds that this Court lacks personal jurisdiction pursuant to Fed. R. Civ. P. Rule 12(b)(2). Therefore, it is

ORDERED that the Respondent's Motion to Dismiss be and the same hereby is GRANTED and the matter DISMISSED.

This is a final Order.

Dated this 9 day of July, 1998, in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge